## 56149. WALKER v. THE STATE.

BANKE, Judge.

The record in this simple battery case contains no transcript but is accompanied by certain stipulations of fact signed by the defendant and the solicitor. As these stipulations indicate that the verdict was supported by evidence, the conviction is affirmed. Cf: *Chaplin v. State,* 141 Ga. App. 788 (1) (234 SE2d 330) (1977).

*Judgment affirmed. Deen, P. J., and Smith, J., concur.*

ARGUED JUNE 28, 1978 — DECIDED SEPTEMBER 11, 1978 —

Willie C. Walker, *pro se.*

*Hinson McAuliffe, Solicitor, Charles Hadaway, Assistant Solicitor,* for appellee.